IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-37-GCM

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE CO., et al, Plaintiffs, v. WOOD REAL ESTATE INVESTORS LLC, et al, Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Denise Marra DePekary,** filed January 25, 2013[doc.# 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms DePekary is admitted to appear before this court *pro hac vice* on behalf of plaintiffs. .

**IT IS SO ORDERED.**

Signed: January 29, 2013

Graham C. Mullen
United States District Judge