IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-37-GCM

| | |
|---|---|
| **CRUM & FORSTER SPECIALTY INSURANCE CO., et al,** Plaintiffs, v. **WOOD REAL ESTATE INVESTORS LLC, et al,** Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Denise Marra DePekary,** filed January 25, 2013[doc.# 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms DePekary is admitted to appear before this court *pro hac vice* on behalf of plaintiffs. .

**IT IS SO ORDERED.**

Signed: January 29, 2013

Graham C. Mullen
United States District Judge