IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-37-GCM

| | |
|---|---|
| **CRUM & FORSTER SPECIALTY INSURANCE CO., et al,** | ) ) ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| | ) |
| **WOOD REAL ESTATE INVESTORS, LLC, et al,** | ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ryan McAndrew Suerth,** filed March 20, 2013 [doc.# 17].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Suerth is admitted to appear before this court *pro hac vice* on behalf of defendants..

**IT IS SO ORDERED.**

Signed: March 21, 2013

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge