IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-37-GCM

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE CO., et al, Plaintiffs, v. WOOD REAL ESTATE INVESTORS, LLC, et al, Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ryan McAndrew Suerth,** filed March 20, 2013 [doc.# 17].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Suerth is admitted to appear before this court *pro hac vice* on behalf of defendants..

**IT IS SO ORDERED.**

Signed: March 21, 2013

Graham C. Mullen
United States District Judge